UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 18cr10346 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| MATTHEW REIS, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possess With Intent to Distribute |
| | ) | Heroin |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| Defendant. | ) | Felon in Possession of a Firearm |
| | ) | and Ammunition |
| | ) | |
| | ) | 21 U.S.C. § 853 -- |
| | ) | Drug Forfeiture Allegation |
| | ) | |
| | ) | 18 U.S.C § 924(d)(1) and |
| | ) | 28 U.S.C. § 2461(c)-- |
| | ) | Firearm Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**    (21 U.S.C. § 841(a)(1) – Possess With Intent To Distribute Heroin)

The Grand Jury charges that:

1.  On or about September 13, 2018, at Malden, in the District of Massachusetts,

**MATTHEW REIS,**

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

1

**COUNT TWO:** (18 U.S.C. § 922(g)(1) – Felon in Possession of A Firearm and Ammunition)

The Grand Jury further charges that:

2. On or about September 13, 2018, at Malden, in the District of Massachusetts,

**MATTHEW REIS,**

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Tisas (Trabzon Gun Industries), model Zig M1911, .45 caliber semiautomatic pistol, bearing serial number T0620-13205944, and twenty rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## DRUG FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

3.   Upon conviction of the offense alleged in Count One of this Indictment:

**MATTHEW REIS,**

defendant herein, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

4.   If any of the property described in paragraph 3, above, as a result of any act or omission of the defendants –

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 3 above.

    All pursuant to Title 21, United States Code, Section 853.

3

## FIREARM FORFEITURE ALLEGATION
### (18 U.S.C § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further finds that:

5. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count Two of this Indictment,

**MATTHEW REIS,**

The defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    (a) one Tisas (Trabzon Gun Industries), model Zig M1911, .45 caliber semiautomatic pistol, bearing serial number T0620-13205944; and

    (b) various rounds of .45 caliber ammunition.

6. If any of the property described in Paragraph 5, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 5 above.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
MICHAEL J. CROWLEY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS					September 26, 2018

Returned into the District Court by the Grand Jurors and filed.

_____  9/26/2018
Deputy Clerk                    @ 2:17pm